# **EXHIBIT A**

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA <br> ☐ EEOC | 433-2024-01796 |

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) <br> Theresa Hopson | Home Phone (Incl. Area Code) <br> (480) 636-9795 | Date of Birth <br> 01/17/1957 |
|---|---|---|

Street Address / City, State and ZIP Code
606 21st Street, Butner, North Carolina 27509

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name <br> Wolfspeed Inc. | No. Employees, Members <br> 15+ | Phone No. (Incl. Area Code) <br> (919) 287-7888 |
|---|---|---|

Street Address / City, State and ZIP Code
4600 Silicon Drive, Durham, North Carolina 27703

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest _____
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Theresa worked for Wolfspeed from December 1, 2013, until Wolfspeed unlawfully terminated her on December 1, 2023. At the time of termination, Theresa was 66 years old. She originally joined the company as an Individual Contributor but worked her way up through the rankings to become a Lab Manager in 2020. As a Lab Manager, Theresa oversaw two of Wolfspeed's labs. Theresa's home lab was located in Durham, North Carolina. Theresa's secondary lab was located in Fayetteville, Arkansas. Collectively, Theresa oversaw a team of 11 employees.

In March 2023, Wolfspeed was hiring for an opening on the Fayetteville team. The top two candidates were Terry Edwards (65 years old) and a younger man who was a relative to a current team member. Both candidates were interviewed by a panel of interviewers. Ultimately, the decision came down to Theresa as to which candidate would be the best fit.

During the hiring process, Kayla (Last Name Unknown), Failure Analysis Technician, and Abby Wise, Failure Analysis Engineer III, came to Theresa and begged her not to hire Terry. Both Kayla and Abby are approximately 20-30 years of age. Kayla and Abby informed Theresa that they did not want Terry hired because they "don't like old white men." Theresa was taken aback by the ageist comment by the women; therefore, she reported the age discrimination to Don Gajewski, Director, and Wolfspeed's Human Resources (HR) Department. After speaking with Don and HR, Theresa was tasked with choosing the best fit for the position. Based on experience and the interviews, Theresa chose Terry. Theresa's decision was approved by Don and HR. Theresa started Terry's onboarding and training at the Durham lab and worked closely with him during his first two weeks to get him up and running. Terry performed exceptionally well while in Durham and the team had no issues with him. In late April 2023/early May 2023, Terry began his official position at the Fayetteville lab. Beginning in May 2023, Theresa started receiving repeated criticisms from the Fayetteville team about Terry's performance. Theresa did not understand the criticism as Terry had performed well and learned quickly while in Durham. Therefore, Theresa began tracking Terry's performance closely. Theresa found that Terry's output was lower than desired. Therefore, Theresa began discussing options with HR for a performance improvement plan for Terry.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 2-2-2024 *Theresa Hopson* <br> Theresa Hopson (Feb 2, 2024 11:09 EST) <br> Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☐ EEOC | Agency(ies) Charge No(s):<br>433-2024-01796 |
|---|---|---|

and EEOC

*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

In June 2023, Theresa spoke with Terry directly about the deficiencies. During the conversation, Terry expressed concerns that the Fayetteville team did not like him due to his age. This related closely to Theresa's previous concerns that Kayla and Abby did not like working with "old white men." Therefore, Theresa again brought up concerns of age discrimination toward Terry to HR and Don. HR did not address the complaints. Theresa continued to monitor Terry's performance. Around this time, Don began hinting at a separation of Theresa's employment. During one one-on-one meetings, Don began asking Theresa who she would want to succeed her. After the second or third time of Don asking, Theresa began wondering about the security of her position. Theresa asked Don if there was something that she needed to know about her job. However, Don would just move on to a new topic when Theresa tried to inquire further.

On September 18, 2023, after several months of monitoring Terry's performance, Theresa placed Terry on a performance improvement plan with Don's and HR's approval. On September 22, 2023, Theresa learned that a complaint had been filed against Terry for allegedly staring at and standing to close to the female lab workers. As the tension in Fayetteville was clear, Theresa made a special trip to the lab on September 27, 2023, to address the toxic workplace issues. Theresa, with the approval and participation of Don, gave a presentation to the team regarding professionalism and communication. Following the presentation, Abby informed Theresa that she had submitted the complaint against Terry. Theresa attempted to substantiate the claim. However, when Theresa inquired further, Abby ultimately admitted that Terry "stares" at everyone. Following the conversation, Theresa notified Don and HR of the discussion and Abby's admission that Terry "stares" at everyone. Theresa also reminded Don and HR of Abby's prior comments about not liking "old white men." Theresa noted concerns about age discrimination. HR did not look into the concerns.

In October 2023, Abby requested to become ERT Captain. This would require Abby to take considerable time outside of the lab. As the lab had been growing at a rate of 50% a year, Theresa was concerned that placing Abby as ERT Captain would affect productivity levels. Theresa decided to bring Abby's request to become ERT Captain to HR and Don for advice. Both HR and Don agreed that, as only one of two Failure Analysis Engineers, Abby's presence was needed full-time in the lab. In late October 2023, the Fayetteville lab moved into a significantly larger space. Theresa remained in Fayetteville to oversee the move. Theresa finished up her time in Fayetteville on November 6, 2023. Upon returning to Durham, Theresa thought that the work environment had improved in Fayetteville. To her surprise, Theresa learned that an employee had filed a complaint against her on November 8, 2023. The complaint alleged that Theresa was overheard making "sexually themed comments." The comments included "how handsome and attractive certain men were", that Theresa "love[d] to watch men work," and that Theresa wished she was "twenty years younger" as if implying that Theresa wanted to date one of the men moving the lab. Theresa immediately denied all of the allegations as they were false. Theresa was not advised who made the complaint.

On November 30, 2023, Theresa was called into a meeting by Lauren Winston, HR Representative, and Don. Lauren stated that the individual who had filed the first complaint against Theresa felt their duties were subsequently diminished. Theresa expressed that she was not aware of who had filed the first complaint. During the meeting, Lauren became agitated and began raising her voice at Theresa asserting that Theresa knew who the complainant had been. Lauren even slammed her hand on the desk while speaking with Theresa. Lauren then wrote three initials on the board, "J," "A," and "K." In writing these initials, Lauren was notifying Theresa that the complaints had allegedly been filed by Joseph Payne, Failure Analysis Engineer, Abby, and Kayla. This was Theresa's first time learning who the complainants had been. Lauren then accused Theresa of denying Abby the ERT Captain position in retaliation for the complaint filed on or about November 8, 2023. Theresa responded that the timeline did not add up as Theresa had declined to promote Abby in October 2023 due to business needs. Theresa reminded Lauren that HR and Don had approved the decision.

During the meeting with Lauren, Theresa noticed that the complaints by the younger lab employees were taken much more seriously by HR than Theresa's prior concerns of age discrimination against Terry. Theresa also realized that she was similar in age to Terry. Theresa reminded Lauren of Abby's prior comments that she did not like "old white men." Theresa asked if that dislike extended to "old white women" as Theresa was a 66-year-old white woman. Theresa asked Lauren if the immediate belief that Theresa had retaliated against an employee was because of her age. Lauren refused to answer the question and told Theresa not to speak with the team in Fayetteville anymore. Theresa followed up her complaint with an email to Lauren and Don. The next day, Don and Lauren terminated Theresa.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State or Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2-2-2024　　*Theresa Hopson*<br>　　　　　　　Theresa Hopson (Feb 2, 2024 11:09 EST)<br>Date　　　　Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |