# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THERESA SCHAPER<br><br>*Plaintiff*<br><br>v.<br><br>WOLFSPEED, INC.<br><br>*Defendant* | Case No. 1:25-cv-00130- CCE-JEP<br><br>**NOTICE OF ENTRY OF BANKRUPTCY CONFIRMATION ORDER AND OCCURRENCE OF EFFECTIVE DATE** |

**PLEASE TAKE NOTICE THAT,** effective September 29, 2025, Defendant Wolfspeed, Inc. ("Wolfspeed") and Wolfspeed Texas LLC filed a Notice of (I) Entry of Confirmation Order and (II) Occurrence of Effective Date of Debtors' Chapter 11 Plan [ECF No. 306] ("Notice of Effective Date") following their voluntary petitions for relief in the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("Bankruptcy Court") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"). Upon filing, the Notice of Effective Date terminated the automatic stay imposed by Bankruptcy Code Section 362.

**PLEASE TAKE FURTHER NOTICE THAT**, effective September 29, 2025, Wolfspeed is incorporated in the State of Delaware in accordance with the Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and its Debtor Affiliate, as confirmed by the Bankruptcy Court on September 8, 2025. The change in incorporation does not impact Wolfspeed's headquarters or operations.

This the 10th day of October, 2025.

/s/ Michaela C. Holcombe
Rebecca K. Lindahl
N.C. Bar No. 35378
rebecca.lindahl@katten.com
Michaela C. Holcombe
N.C. Bar No. 50780
michaela.holcombe@katten.com
KATTEN MUCHIN ROSENMAN LLP
615 South College Street Suite 1700
Charlotte, NC 28202
*Attorneys for Defendant Wolfspeed, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

Evan Gungor
Spitz, The Employee's Law Firm
5540 Centerview Drive Suite 200B
Raleigh, NC 27606
evan.gungor@spitzlawfirm.com
*Attorney for Plaintiff Theresa Schaper*

/s/ Michaela C. Holcombe
*Attorney for Defendant Wolfspeed, Inc.*